**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-7390**

───────────

ELWALDO R. JAMES,

Plaintiff - Appellant,

versus

CITY OF ROCK HILL; ROCK HILL POLICE DEPART-
MENT; ROBERT M. STEWARTS, Detective Sergeant,
City of Rock Hill Police Department; CLIFTON
D. RUSSELL; CLYDE C. LONG; ROBERT M. STEWART,
Chief, State Law Enforcement Division; BETTY
JOE RHEA, Mayor, City of Rock Hill; JOE B.
LANFORD; JOHN DOES, 8-15, City Council of Rock
Hill; JANE DOES, 8-15, City Council of Rock
Hill; ROCK HILL CITY COUNCIL; JAMES THICKENS,
Detective Sergeant, City of Rock Hill Police
Department,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Charles E. Simons, Jr., Senior
District Judge.  (CA-98-2890-2-6AJ)

───────────

Submitted:  February 24, 2000        Decided:  March 3, 2000

───────────

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Elwaldo R. James, Appellant Pro Se. Donna Seegars Givens, WOODS & GIVENS, L.L.P., Lexington, South Carolina; Terry B. Millar, Rock Hill, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elwaldo R. James appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint and on his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record, the district court's opinion accepting the magistrate judge's recommendation to deny § 1983 relief, and the court's opinion denying the Rule 59(e) motion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See James v. City of Rock Hill, No. CA-98-2890-2-6AJ (D.S.C. Aug. 24 & Sept. 10, 1999). We deny James' motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED